IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| MARK SCHOOLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 11-CV-1221-KHV-JPO |
| | ) | |
| UNION PACIFIC RAILROAD | ) | Federal Employers' Liability Act (FELA) |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

Plaintiff Mark Schooler, by and through counsel, SCHLICHTER, BOGARD AND DENTON and MORRIS LAING and for his Complaint against Defendant Union Pacific Railroad Company, states:

1. At all relevant times, Defendant has been a corporation duly organized and existing under the law and engages in the business of interstate operation of a railroad, including within the State of Kansas and this judicial district and division.

2. At all relevant times, Plaintiff has resided in Blaine, Kansas.

3. This action arises under the provisions of Title 45 of the United States Code, commonly known as the Federal Employers' Liability Act §§ 50-61.

4. On or about August 11, 2009, Plaintiff was working in furtherance of Defendant's interstate commerce as a steel erection welder within Defendant's bridge and building department and was changing a stringer on a bridge, when he fell from a scaffolding causing him to sustain injuries, which were caused, in whole or in part, by one or more of the following

negligent acts and/or omissions of Defendant by and through its agents, servants, or employees, singularly or in combination:

      (a)    it failed to provide Plaintiff with reasonably safe working conditions;

      (b)    it failed to provide Plaintiff with reasonably safe equipment and tools;

      (c)    it failed to provide Plaintiff with reasonably safe methods for work; and

      (d)    it failed to provide adequate assistance to perform the work.

5. As a result in whole or in part of one or more of the foregoing negligent acts or omissions, Plaintiff suffered injuries to his left ankle, foot, knee, and leg; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels of his left ankle, foot, knee and leg; he has sustained bruising, straining, and scarring of the soft tissues, ligaments, muscles, tendons, blood vessels and nerves of his left ankle, foot, knee, and leg; he has been caused to undergo severe pain and suffering; he has sought and received medical care and attention including surgery and will continue to receive medical care and attention; he has suffered psychological and emotional injury, mental anguish and anxiety and will continue to suffer psychological and emotional injury, mental anguish and anxiety in the future; he has incurred medical expenses and will continue to incur medical expenses; he has lost wages, benefits and earning capacity and will continue to lose wages, benefits and earning capacity; and he has suffered disability and impairment from work, household, social, and personal activities; all to his damage.

**WHEREFORE**, Plaintiff Mark Schooler, prays for judgment against Defendant Union Pacific Railroad Company on his Complaint, in such sum which is fair and reasonable in excess of Seventy Five Thousand Dollars ($75,000.00) plus the costs of instituting this suit.

**PLAINTIFF HEREBY REQUESTS PURSUANT TO COURT RULES THAT THE CASE BE TRIED BEFORE THE WICHITA DIVISION.**

SCHLICHTER, BOGARD & DENTON

*/s/ Nelson G. Wolff*

NELSON G. WOLFF       Mo.Bar  #40796 phv pending
JOSHUA D. MARGOLIS  Mo. Bar #56041 phv pending
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com
jmargolis@uselaws.com

MORRIS LAING

*/s/ John W. Johnson*

JOHN W. JOHNSON # 07684
300 N. Mead, Suite 200
Wichita, KS 67202-2745
(316) 262-2671
(316) 262-6226 (fax)
jjohnson@morrislaing.com

ATTORNEYS FOR PLAINTIFF

PLAINTIFF DEMANDS TRIAL BY JURY IN WICHITA, KANSAS.

**PLAINTIFF'S COUNSEL TO EFFECT SERVICE**

3